IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY HAMMONDS,

      Plaintiff,                        No. CIV S-06-2397 GEB CMK P

      vs.

M. MARTEL, et al.,

      Defendants.                   <u>ORDER</u>

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed January 20, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 15, 2007, plaintiff submitted three copies of the October 31, 2006 complaint but nine copies of the complaint were required to effect service.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send a copy of the October 31, 2006 complaint to the plaintiff; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the six copies of the October 31, 2006 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: March 7, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE