1

2

3

4

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RICKY HAMMONDS,                      2:06-cv-2397-GEB-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14    M. MARTEL, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19    Eastern District of California local rules.

20              On April 19, 2007, the magistrate judge filed findings and recommendations

21    herein which were served on the parties and which contained notice that any objections to the

22    findings and recommendations were to be filed within 20 days.   No objections to the findings and

23    recommendations have been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.

26    / / /

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed April 19, 2007, are adopted in full;

    2.    Plaintiff's motions for injunctive relief (Docs. 11 and 14) are denied without prejudice.

Dated:  May 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge