IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY HAMMONDS,** | 2:06-CV-2397 GEB CMK |
| Plaintiff, | **ORDER** |
| **v.** | |
| **M. MARTEL, et al. ,** | |
| Defendants. | |

GOOD CAUSE appearing, Defendants' motion for an extension of time to file a responsive pleading to the complaint is hereby GRANTED.  Defendants shall have up to and including July 20, 2007 to file and serve a responsive pleading.

IT IS SO ORDERED.

June 20, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1