IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY HAMMONDS,  2:06-cv-2397-GEB-CMK-P

    Plaintiff,

  vs.  ORDER

M. MARTEL, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On August 27, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 27, 2007, are adopted in full;

2. Defendants' motion to dismiss (Doc. 25) is granted;

3. Defendants Malfi and Grannis are dismissed, with prejudice; and

4. Defendants Martel, Dunlap, Vance, Vasquez, Vanderstein, and Kim are directed to file an answer to the complaint within 30 days of the date of this order.

Dated: November 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge