1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9   RICKY HAMMONDS,                    No. CIV S-06-2397-GEB-CMK-P
10            Plaintiff,
11      vs.                            <u>ORDER</u>
12  M. MARTEL, et al.,
13            Defendants.
14  _____/

15          An answer to plaintiff's complaint has been filed and, therefore, this case is now

16  at issue.  Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a

17  schedule for this litigation.

18          1.      Discovery may now proceed.  Discovery requests shall be served by the

19  party seeking the discovery on all parties to the action.  Discovery requests shall not be filed with

20  the court except when required by Eastern District of California Local Rules 30-250(a), 33-

21  250(c), 34-250(c), and/or 36-250(c).  Improperly filed discovery requests will be disregarded;

22          2.      Responses to written discovery requests shall be due forty-five days after

23  the request is served;

24          3.      Pursuant to Federal Rule of Civil Procedure 30(a), defendant(s) may

25  depose plaintiff and any other incarcerated witness upon condition that, at least 14 days before

26  such a deposition, all parties are served with the notice required by Federal Rule of Civil

1  Procedure 30(b)(1);

2          4.      If disputes arise about the parties' obligations to respond to requests for

3  discovery, the parties shall comply with all pertinent rules, including Federal Rules of Civil

4  Procedure 5, 7, 11, 26, and 37 and Eastern District of California Local Rules 5-134, 5-135, 6-

5  136, 7-130, 7-131, 11-110, 43-142, and 78-230(m); unless otherwise ordered, Local Rule 37-251

6  shall not apply.  Filing a discovery motion that does not comply with all applicable rules may

7  result in imposition of sanctions, including but not limited to denial of the motion;

8          5.      The parties may conduct discovery until June 30, 2008.  Any motions

9  necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to

10 Fed. R. Civ. P. 30, 31, 33, 34, and 36 shall be served not later than 60 days prior to this discovery

11 cut-off date;

12         6.      All dispositive motions shall be filed within 60 days after the discovery

13 cut-off date specified above;

14         7.      Unless otherwise ordered, all motions shall be briefed pursuant to Local

15 Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a

16 waiver of opposition to the motion; and

17         8.      At a later stage in the proceedings, the parties will be required to submit

18 reports on the status of this litigation.  Following submission of status reports from all parties, the

19 court will issue a final scheduling order.

20         IT IS SO ORDERED.

21

22  DATED: December 27, 2007

23

24  _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26