IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY HAMMONDS,**<br><br>         Plaintiff,<br><br>     v.<br><br>**M. MARTEL, et al. ,**<br><br>         Defendants. | 2:06-CV-2397 GEB CMK<br><br>**AMENDED ORDER** |

   GOOD CAUSE having been demonstrated, Defendants request for an extension of time to serve Plaintiff discovery responses to Interrogatories, Request for Production of Documents, and Request for Admissions is GRANTED.

   Defendants shall have until March 21, 2008, to serve discovery responses.

   IT IS SO ORDERED.

DATED: February 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1