IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY HAMMONDS,** | 2:06-CV-2397 GEB CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. MARTEL, et al.,** | |
| Defendants. | |

GOOD CAUSE appearing, Defendants' motion for an extension of time to file a response to plaintiff's motion for summary judgment is hereby GRANTED. Defendants shall have up to and including June 3, 2008, to file and serve a response.

IT IS SO ORDERED.

DATED: April 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1