IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAMMONDS, | No. CIV S-06-2397-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. MARTEL, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The parties are informed that they may, if all consent in writing, have this case assigned to a United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit.  See 28 U.S.C. § 636(c)(1), (3); see also E.D. Cal. Local Rule 73-305(a), (c).  The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse substantive consequences.  See § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action will be reassigned to the undersigned for all purposes, including entry of final judgment.  See Local Rule 73-301 and Local Rule 73-305(b).

      A review of the record reflects that plaintiff has consented in writing to the exercise of full jurisdiction by a magistrate judge.  (see Doc. 4).  The record does not reflect any

election regarding consent to magistrate judge jurisdiction by defendant(s).  The Clerk of the Court will be directed to provide defendant(s) with the appropriate form which defendant(s) shall then complete, indicating either consent or non-consent as defendant(s) may choose, and file with the court.

A review of the record also reflects that the dockets lists "Vanderstein" and "Vanderostyne" as defendants to this action.  However, the complaint only lists one of these names – "Vanderstein."  It appears that the docket actually refers to the same individual, whose actual name is "Vanderostyne."[1]  Therefore, the Clerk of the Court will be directed to terminate "Vanderstein" from the court's docket.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to terminate "Vanderstein" from the docket;

2. The Clerk of the Court is directed to forward to defendant(s) the court's "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions" along with the accompanying consent election form; and

3. Defendant(s) shall complete and file the consent election form on or before June 3, 2008.

DATED: May 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] The waiver of service filed on June 25, 2007 (Doc. 20), indicates this defendant's name is "Vanderstyne."  According to documents filed by defendants (see e.g. Docs. 25 and 35), the correct name is "Vanderostyne."