IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY HAMMONDS,  
        Plaintiff,  
  vs.  
M. MARTEL, et al.,  
        Defendants.

No. CIV S-06-2397-CMK-P

ORDER

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2008, the Clerk of the Court entered final judgment. On October 30, 2008, plaintiff filed: (1) a notice of appeal (Doc. 50); (3) a request to proceed in forma pauperis on appeal (Docs 48 & 49); and (3) a request for appointment of counsel (Doc. 51). Because plaintiff was previously granted in forma pauperis status, the current request is denied as unnecessary. See Fed. R. App. P. 24(a)(3). Plaintiff's request for appointment of counsel is denied without prejudice to renewing the request in the Court of Appeal.

        This file remains closed. All further filings should be in the Court of Appeal.

        IT IS SO ORDERED.

DATED: November 12, 2008

        _____  
        **CRAIG M. KELLISON**  
        UNITED STATES MAGISTRATE JUDGE

1